UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT W. PEAK and CINDY J. HURRELBRINK PEAK, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>       v.<br><br>ZION OIL & GAS, INC., VICTOR G. CARRILLO, and MICHAEL B. CROSWELL, JR.,<br><br>                              Defendants. | Case No.  3:18-cv-02067-L |

**NOTICE OF MOTION OF DENNIS ROBERTSON AND MELODY GUY FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL**

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Dennis Robertson and Melody Guy (collectively, "Robertson and Guy"), by and through their counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order: (1) appointing Robertson and Guy as Lead Plaintiffs on behalf of all persons who purchased or otherwise acquired the securities of Zion Oil & Gas, Inc. between March 12, 2018 through July 10, 2018, both dates inclusive; and (2) approving proposed Lead Plaintiffs' selection of Pomerantz LLP as Lead Counsel and The Briscoe Law Firm, PLLC as Liaison Counsel for the Class.

Dated:  October 9, 2018                                        Respectfully submitted,

                                                      */s/ Willie C. Briscoe*
Willie C. Briscoe
Texas Bar No.: 24001788
**THE BRISCOE LAW FIRM, PLLC**
3131 McKinney Avenue, Suite 600
Dallas, Texas 75204
214-643-6011
281-254-7789 (Facsimile)
wbriscoe@thebriscoelawfirm.com

*Counsel for Movants and*
*Proposed Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
(*pro hac vice application forthcoming*)
J. Alexander Hood II
(*pro hac vice application forthcoming*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

1

**POMERANTZ LLP**
Patrick V. Dahlstrom
(*pro hac vice application forthcoming*)
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email:  pdahlstrom@pomlaw.com

*Counsel for Movants and*
*Proposed Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

This is to certify that on October 9, 2018, I have filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing:

>/s/ *Willie C. Briscoe*
>Willie C. Briscoe