# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **ROBERT W. PEAK and CINDY J. HURRELBRINK PEAK, Individually and On Behalf of All Others Similarly Situated,** | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. **3:18-CV-2067-L** |
| **ZION OIL & GAS, INC., VICTOR G. CARRILLO, and MICHAEL B. CROSWELL, JR.,** | § § § § | |
| Defendants. | § § | |

## SCHEDULING ORDER

Before the court is Defendants Zion Oil & Gas, Inc., Victor G. Carrillo, and Michael B. Croswell, Jr. ("Defendants") and Lead Plaintiffs Dennis Robertson and Melody Guy's ("Lead Plaintiffs") Joint Motion seeking the court's approval of a schedule for the filing of the Consolidated Complaint and Defendants' anticipated Motion to Dismiss pursuant to the Private Securities Litigation Reform Act (Doc. 20), filed November 30, 2018.  The court determines that the motion should be, and is hereby, **granted**.  Accordingly, the schedule is as follows:

1. Lead Plaintiff shall file and serve a Consolidated Complaint by **January 22, 2019.**

2. Defendants shall answer or otherwise respond to the Consolidated Complaint on or before **March 13, 2019.**

3. Lead Plaintiffs shall file their opposition to Defendants' motion to dismiss, if any, on or before **April 29, 2019.**

4. Defendants shall file a reply, if any, on or before **May 29, 2019.**

**Scheduling Order - Page 1**

**It is so ordered** this 3rd day of December, 2018.

Sam A. Lindsay
United States District Judge