**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| ROBERT W. PEAK and CINDY J. HURRELBRINK PEAK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZION OIL & GAS, INC., VICTOR G. CARRILLO, and MICHAEL B. CROSWELL, JR.,<br><br>Defendants. | **Case No. 3:18-cv-02067-L**<br><br>**JURY TRIAL DEMANDED** |

# AMENDED CLASS ACTION COMPLAINT

Plaintiffs Dennis Robertson and Melody Guy and plaintiff Lawrence Davis (collectively, "Plaintiffs"), individually and on behalf of all other persons similarly situated, by Plaintiffs' undersigned attorneys, for Plaintiffs' complaint against Defendants, alleges the following based upon personal knowledge as to Plaintiffs and Plaintiffs' own acts, and information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through Plaintiffs' attorneys, which included, among other things, a review of the Defendants' public documents, conference calls and announcements made by Defendants, United States Securities and Exchange Commission ("SEC") filings, wire and press releases published by and regarding Zion Oil & Gas, Inc. ("Zion" or the "Company"), analysts' reports and advisories about the Company, and information readily obtainable on the Internet. Plaintiffs believe that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE OF THE ACTION

1. This is a federal securities class action on behalf of a class consisting of all persons other than Defendants who purchased or otherwise acquired Zion securities between February 13, 2018 and November 20, 2018, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 11 and 15 of the Securities Act of 1933 (the "Securities Act"), and Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5(a), (b), and (c), promulgated thereunder, against the Company and certain top officials.

2. Zion is a Delaware corporation headquartered in Dallas, Texas, which operates an oil and gas exploration company in Israel. The Company claims that its purported mission – to help Israel achieve political and economical independence by discovering oil and gas – is based upon Biblical scripture alluding to the presence of oil and natural gas in certain ancient tribal areas within the modern State of Israel. Its common stock trades on the NASDAQ Global Market ("NASDAQ") under the ticker symbol "ZN".

3. Zion has never drilled a successful well, nor located any commercially-viable sources of oil or gas. Nevertheless, for eighteen years, the Company has enticed investors with assurances that it has "encounter[ed] oil," is "mobilizing equipment … for well testing operations," and has "confirm[ed] [an] active petroleum system." Accompanied by stock photos of oil drilling equipment and requests for prayer, each announcement describes a flurry of activity purportedly underway in furtherance of the Company's alleged "Biblically-inspired" mission. The Company subsequently – and almost predictably – announces failure and promises that it is getting closer to the next discovery.

4. While Zion has largely failed as an oil and gas producer, it has excelled at utilizing these positive, encouraging statements about purported progress to fuel the Company's

extensive marketing and capital-raising campaigns. Indeed, the Company relies exclusively on equity investment to fund all of its operating expenses and capital expenditures. In total, Zion has raised over $180 million through issuances and trading of common stock, warrants, and other securities since its inception. Consequently, the total number of Zion shares outstanding has increased by approximately 470% since Zion's initial public offering in January 2007.

5. The Company especially seeks to attract small retail investors, especially members of religious organizations, who share the Company's belief that God has called them to render assistance to Israel by continuing to search for oil and gas. Among other things, Zion has utilized Christian televangelists, such as Hal Lindsey, to promote the Company's stock in his broadcasts, who announced in 2007 that Zion was "on the verge of discovering oil … [a sign that] we are really on the very threshold of the Lord Jesus' return." Zion also created a unique direct stock purchase plan ("DSPP"), which allows investors to "enroll" online for as little as $250 and purchase authorized and unissued shares of Zion common stock directly from the Company. For the years-ended December 31, 2017 and 2016, the DSPP program raised approximately $23 million and $4.3 million, respectively.

6. Surprisingly, this influx of capital has not been used to finance updated technology or increased drilling and exploration activities, which consistently comprise about 51% of operating expenses. Instead, Zion has directed nearly half of all the proceeds from sales of its securities to "general and administrative expenses," which include lucrative salaries for executives and board members, irrespective of the Company's performance. Additional funds are earmarked for "marketing expenses," which, in turn, are utilized to pay for additional securities offerings.

7. Due to, *inter alia*, its unorthodox business strategy, frequent securities offerings, disproportionate expenses, and failure to produce any financial or operational results, Zion has been scrutinized repeatedly as a potential "affinity fraud," *i.e.* an investment scam where insiders portray themselves as members of an identifiable group, such as a religious or ethnic community, in order to convince actual members that an investment is legitimate and worthwhile. Zion is well aware of these accusations. Indeed, in 2010, the Company threatened to take legal action against financial blogger John Hempton, who warned that Zion was enticing investors "with a string of rights offerings to fund drilling in essentially non-prospective land in Israel." Other investors have reported that in the past, they contacted the SEC to alert the agency of possible fraud involving the Company.

8. Dismissing the rising suspicions surrounding the Company, Zion forged ahead with its next bait-and-switch campaign on February 13, 2018, when it issued a press release entitled "Zion Oil and Gas Encounters Oil." Defendant Carillo stated: "I am ecstatic to see clear evidence of hydrocarbons (oil and gas) in the deeper portion of our Megiddo-Jesreel #1 well – a project that we have been working on for years." As they had in the past, Defendants touted that this was "obviously very exciting news" and would result in increased drilling, logging, and testing operations. And, also consistent with past practice, Defendants combined this positive news with a new subscription rights offering for shares and common stock and warrants. Defendants promised further updates and asked shareholders to pray and be patient.

9. But Zion's critics were unwilling to rest on faith alone. On March 26, 2018, an individual under the user name "FuzzyPandaShort," who filed a Freedom of Information Act ("FOIA") request with the SEC seeking information related to the Company, posted on the social media platform, Twitter, that "Zion Oil & Gas Has an Undisclosed SEC investigation."

FuzzyPandaShort's report was premised on the SEC's reliance on an exemption that permits withholding of company information compiled for law enforcement activities. Zion quickly responded and categorically denied that there was any ongoing SEC investigation of the Company.

10. Seeking to verify the Company's regulatory status, the *Probes Reporter* sent its own FOIA request to the SEC. On May 30, 2018, *Probes Reporter* reported that the SEC's FOIA response confirmed that enforcement proceedings against Zion were ongoing. Once again, Zion denied that the Company was being investigated.

11. Zion's denials in the face of SEC confirmation prompted additional investigation by the Financial Times, which in articles published on June 27 and July 5, 2018 raised questions about, among other things, the Company's substantial marketing expenses, excessive employee compensation, and certain accounting irregularities in the Company's financial statements. Zion did not respond to the Financial Times's request for comment.

12. Finally, on July 11, 2018, Zion was forced to acknowledge that "[o]n Thursday, June 21, 2018, Zion Oil & Gas, Inc. ('Zion' or 'Company') received a subpoena to produce documents from the Fort Worth office of the Securities and Exchange Commission ('SEC'), informing Zion of the existence of a non-public, fact-finding inquiry into the Company." Zion further stated that its "response to the subpoena will necessarily entail significant costs and management's attention."

13. On this news, the price of Zion common stock fell $0.44, or 11%, to close at $3.56 on July 12, 2018.

14. More information regarding the SEC investigation was soon revealed. On August 16, 2018, an unknown user posted a link on FuzzyPandaShort's Twitter account to a purported

Whistleblower Tip Under Section 21F of the Securities Exchange Act of 1934 related to Zion (the "Whistleblower Tip").[1] The Whistleblower Tip, dated May 31, 2018, alleged that Zion's financial statements were false and misleading and contained material omissions concerning, *inter alia*, executive compensation, marketing expenses, and the DSPP program. Many of these same issues had been raised by the Financial Times in its earlier reports, suggesting that it may have uncovered the Whistleblower Tip in the course of its investigation. The original link was re-posted on an InvestorsHub message board on August 25, 2018.[2]

15. Thereafter, on August 31, 2018, the Company's Chief Executive Officer, Victor Carrillo, announced that he was resigning effective September 1, 2018. Defendants contend that Defendant Carrillo's resignation is unrelated to the ongoing SEC investigation.

16. On September 11, 2018, while investors were still reeling from Defendant Carrillo's resignation and continued delays related to Zion's drilling and testing of Megiddo-Jezreel #1 well, Andrew Summey, Zion's Vice President for marketing and investor relations, remarked in the Austin, Texas Statesman that "Internally, we were not overly surprised (by the SEC investigation) because of the unique character of the company." He claimed that the Company's investors had a "donor mentality" and would understand if they lost their money.

17. The Company's stock price continued its precipitous decline through the Fall of 2018. On October 3, 2018, Zion announced that its auditor, MaloneBailey LLP, had resigned, but assured investors that there were no disputes with MaloneBailey regarding the Company's financial statements. However, MaloneBailey itself has proven to be less than trustworthy; in

[1] *See* *https://drive.google.com/file/d/1X4dV8As3RCtcG_Rq_pwf-hQ_TP7J7CEC/view*, last visited on January 21, 2018.

[2] *See* https://investorshub.advfn.com/boards/read_msg.aspx?message_id=143166134, last visited on January 21, 2018.

2016, the firm settled charges with the SEC that it had "ignor[ed] red flags when auditing a Christian-themed video game maker."

18. Zion's stream of bad news culminated with Zion's November 20, 2018 announcement that the Company had determined that the Megiddo-Jezreel #1 well was not commercially viable. On this news, the price of Zion common stock fell from $1.19 at market close on November 20, 2018 to $0.51 as of the close of trading on November 21, 2018.

19. Operating at a deficit and on the brink of bankruptcy, on December 7, 2018, Zion again tapped the only well that has ever been profitable for the Company – its shareholders. Attempting to raise $10 million in capital, Zion launched a new unit offering under its DSPP program. The offering remains ongoing.

20. On January 14, 2018, the Company announced that it had received a delisting notification from NASDAQ, and that it has until July 8, 2019 to regain compliance with the minimum bid price rule or otherwise explore other alternatives. Thus, as the apostle Peter warned: "But there were also false prophets among the people, just as there will be false teachers among you … In their greed these teachers will exploit you with fabricated stories. Their condemnation has long been hanging over them, and their destruction has not been sleeping."

21. Throughout the Class Period, Defendants made materially false and misleading statements and omissions regarding the Company's business, operations, and exposure to regulatory risk. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Zion had no reasonable expectation based on any surveys, geophysical evidence, or other information known to the Company that any of its purported "discoveries" would result in commercially-viable sources of oil or gas; (ii) Zion utilized improper marketing practices, including paid promoters, to increase sales of the Company's securities in violation of

SEC rules; (iii) Zion's financial statements were false and misleading and concealed the fact that most of the proceeds from its capital-raising efforts were diverted to enrich insiders and finance additional marketing campaigns instead of investment in the business; (iv) Zion faced a heightened risk of regulatory proceedings and/or was already the subject of a whistleblower complaint and an ongoing SEC investigation; and (v) as a result, Zion' public statements were materially false and misleading at all relevant times.

22. As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiffs and other Class members have suffered significant losses and damages.

## JURISDICTION AND VENUE

23. The claims asserted herein arise under and pursuant to §§ 11 and 15 of the Securities Act (15 U.S.C. §§77k, 77(l)(2) and 77o) and §§10(b) and 20(a) of the Exchange Act (15 U.S.C. §§78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. §240.10b-5).

24. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and Section 27 of the Exchange Act.

25. Venue is proper in this Judicial District pursuant to §27 of the Exchange Act (15 U.S.C. §78aa) and 28 U.S.C. §1391(b) as Zion' principal executive offices are located within this Judicial District.

26. In connection with the acts, conduct and other wrongs alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mail, interstate telephone communications and the facilities of the national securities exchange.

## PARTIES

27. Plaintiffs Dennis Robertson and Melody Guy, as set forth in their previously-filed Certifications, acquired Zion's securities at artificially inflated prices during the Class Period and were damaged upon the revelation of the alleged corrective disclosures.

28. Plaintiff Lawrence Davis, as set forth in the attached Certification, purchase or otherwise acquired Zion securities pursuant and/or fairly traceable to Zion's Subscription Rights Offering, as set forth in the Prospectus Supplement filed on Form 424B with the SEC on April 2, 2018, and/or Zion's Unit Option, as set forth in Amendment No. 4 to Prospectus Supplement dated March 10, 2017, filed on Form 424B with the SEC on August 22, 2018.

29. Defendant Zion is incorporated in Delaware, with principal executive offices located at 12655 North Central Expressway, Suite 1000, Dallas, Texas 75243. Zion's common stock trades on the NASDAQ under the ticker symbol "ZN."

30. Defendant Victor G. Carrillo ("Carrillo") served at all relevant times as the Company's Chief Executive Officer. He resigned from his position as CEO effective September 1, 2018.

31. Defendant Michael B. Croswell Jr. ("Croswell") has served at all relevant times as the Company's Chief Financial Officer.

32. The Defendants referenced above in ¶¶ 30-31 are sometimes referred to herein as the "Individual Defendants."

33. The Individual Defendants possessed the power and authority to control the contents of Zion' SEC filings, press releases, and other market communications. The Individual Defendants were provided with copies of the Company's SEC filings and press releases alleged herein to be misleading prior to or shortly after their issuance and had the ability and opportunity to prevent their issuance or to cause them to be corrected. Because of their positions with the

Company, and their access to material information available to them but not to the public, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to and were being concealed from the public, and that the positive representations being made were then materially false and misleading. The Individual Defendants are liable for the false statements and omissions pleaded herein.

## SUBSTANTIVE ALLEGATIONS

### Company Background

34. Zion is a Delaware corporation with offices in Dallas, Texas and Caesarea, Israel. According to its most recent annual report, the Company employs 28 employees and contractors. The Company has no revenues, no provable reserves, no production, and no cash flow.

35. The Company was established in 2000 by John M. Brown, former CEO and current Executive Chairman of the Company's Board of Directors, who claims in testimonials on the Company's website that God called him to find oil and gas in ancient tribal areas territories referenced in the Bible, thereby assuring the economic and political independence of the State of Israel.

36. Zion received its first onshore petroleum license in May 2000 and launched its initial public offering ("IPO") in 2007 after announcing its first well yielded oil and gas. That well was written off as an "unproven oil and gas propert[y]" four months after the IPO. The Company currently holds one active petroleum exploration license onshore Israel, the Megiddo-Jezreel License, comprising approximately 99,000 acres. The license is valid until December 2, 2019, subject to meeting certain benchmarks.

37. Zion contends that although its vision of finding oil and gas in Israel is "biblically inspired," its exploration activities allegedly are based on "modern science and good business

practice." However, whereas most exploration companies employ the latest surveying and imaging techniques to establish the existence of reserves prior to drilling, Zion historically has taken a "drill first, ask questions later" approach, relying on outdated technology and methods to select drilling locations without any provable reserves. The Company claims that it cannot afford to upgrade technology, but its continual drilling of dry wells (now five) has proven exceedingly more costly.

38. While shareholders have been asked to pray and patiently await their reward, Zion's executives have achieved more immediate payoffs. Executive compensation, comprised of salary, bonus, equity awards, and other compensation such as car allowances, has steadily increased irrespective of the Company's failure to invest in the latest technology, find commercially-viable quantities of oil or gas, or generate any revenue. One analyst estimates that Zion's named executives have paid themselves over $16 million since the Company's initial public offering in 2007. Board members, several of whom are either paid consultants or former employees, are also well-compensated.

**Zion Drills Investors To Stay In Business**

39. Despite its lack of success as an oil and gas explorer, Zion has developed a finely-tuned marketing and capital-raising apparatus, which has sustained the entire business for the past eighteen years. In total, Zion has raised over $181 million in capital in multiple offerings of common stock, warrants, and other securities since its inception.

40. To achieve this feat, Zion combines positive exploration news with religious messaging directly aimed at members of religious communities and small, unsophisticated, retail investors, who believe that the discovery of oil and restoration of Israel as the ruler of all nations is Biblically-ordained. Each announcement incorporates images of the Israeli flag and references

to scripture, assuring investors that recent "progress" is a sign from God and asking investors to remain faithful and pray for the Company's management.

41. Zion reinforces its marketing by utilizing Christian evangelical ministers and other respected religious leaders to promote investment in the Company. For example, in 2007, Hal Lindsey, a Christian Zionist, told followers of his television show and internet column that Zion was "on the verge of discovering oil … [a sign that] we are really on the very threshold of the Lord Jesus' return," prompting a 20% jump in the Company's stock price.[3] More recently, self-proclaimed Christian Zionist David Jeremiah has promoted Zion in sermons and on his website. John Brown also makes appearances on the Christian Television Network to discuss his "vision" and the status of the Company's projects.

42. Zion devised a direct stock purchase plan ("DSPP") to bypass investment banks and broker/dealers and reach its target audience. For as little as $250, investors can complete an enrollment form online and purchase authorized and unissued shares of Zion common stock and/or "units" through the DSPP. The DSPP also offers additional investments and automatic monthly withdrawals from any checking or savings accounts in amounts as little as $50.

43. Unlike Zion's exploration and drilling, the DSPP has been a resounding success. For the years-ended December 31, 2017 and 2016, the DSPP program raised approximately $23 million and $4.3 million, respectively. The Prospectus for the DSPP indicates only that these proceeds would be used by the Company for "general corporate purposes." However, based on the Company's financial statements, nearly half of all equity capital raised is directed to "general and administrative expenses," mainly executive and employee compensation, and "other

[3] Mr. Lindsey, however, failed to disclose that he received Zion shares as a gift from John Brown, and Mr. Lindsey's cousin, a significant shareholder, was then a member of the Company's Board of Directors.

expenses," which includes "marketing expenses associated with investor relations activities," *i.e.*, financing campaigns for additional share issuances.

44. Significantly, the amount invested in expenditures such as surveys and technology has remained relatively unchanged since the Company's IPO, despite numerous share issuances and offerings and raising almost $200 million in capital. As a result, Zion continues to rely on outdated methods to select drilling sites, often without any evidence of provable reserves. The Company has claimed that the latest technology, such as 3-D surveys, is too expensive – a disingenuous contention where executives and directors have awarded themselves salary increases, stock awards, and other benefits every year irrespective of Company performance. The claim also ignored the fact that technological advancements have resulted in cost savings; in fact, 3-D surveys and other innovations are now industry standard for exploration companies. Moreover, the cost of employing the latest techniques is comparatively less than repeated drilling and write-offs of dry wells in areas with no provable reserves, as Zion has done.

45. With nothing to sell but itself, Zion is entirely dependent on the DSPP and its securities offerings to remain a going concern.

**Zion Continues Its Marketing Strategy As Regulators Close In**

46. On November 27, 2017, Zion announced that Israel's Petroleum Commissioner granted a two-year extension on the Company's Megiddo-Jezreel License, allowing the continuation of exploration activities until December 2019. This set the stage for yet another round of marketing and capital-raising campaigns.

47. On February 13, 2018, Zion issued a press release entitled, "Zion Oil & Gas Encounters Oil." Dustin Guinn, Zion's President and Chief Operation Officer, stated, "This is obviously very exciting news and as a result, we have decided to continue to drill up to another

70 meter (~230 feet)." Defendant Carrillo added, "I am ecstatic to see clear evidence of hydrocarbons (oil and gas) in the deeper portion of our Megiddo-Jezreel #1 well." Although buried among these effusive comments was a note that Defendants could not comment on the commerciality or ability to successfully produce the well, shareholders were advised "to pray for safe and successful drilling, logging, and testing operations, and for God's wisdom for management … Please be patient." The announcement concluded with two psalms.

48. Positive news – but no oil – continued to flow. On February 26, 2018, Zion reaffirmed that "the goal of [the Megiddo-Jezreel #1] well was to find oil, and we can say with absolute confidence that we were successful in attaining that goal." While one sentence in the press release mentions production capacity, the announcement fostered the belief that Defendants' confidence was backed by scientific evidence, including an "image log … to ascertain fracture location and intensity" and "petrophysical analysis." The Company also posted several Isreali flags and stock photos to its Instagram account with the caption: "We've found oil!," adding "Did you know you can make monthly automatic direct investments for as little as $50 per month? Each month you can become more and more a part of Israel's Energy Independence!"

49. Then, on March 26, 2018, an individual under the user name "FuzzyPandaShort" posted on the social media platform Twitter an excerpt from a letter purportedly received from the SEC in response to a Freedom of Information Act ("FOIA") request for "all documents in possession of [the] SEC that pertain to investigations regarding Zion Oil & Gas (ZN) for the time period January 1, 2017 through March 1, 2018." (*See* Fig. 1.)




(Fig. 1)

50. The Twitter post highlighted language from the SEC stating that "[w]e are withholding records that may be responsive to your request under 5 U.S.C. § 552(b)(7)(A), 17 CFR § 200.80(b)(7)(i). This exemption protects from disclosure records compiled for law enforcement activities." From this, the Twitter user FuzzyPandaShort concluded that "Zion has an Undisclosed SEC Investigation."

51. On March 27, 2018, Zion posted a statement on Twitter in response to FuzzyPandaShort's post, unequivocally stating that "There is no SEC investigation. Merely indicators of a routine FINRA questionnaire that's standard after a steep rise of our stock recently." (*See* Fig. 2.)




(Fig. 2)

52. On March 28, 2018, Zion issued another press release updating shareholders that the Company had "confirmatory log analysis" from the Megiddo-Jezreel #1 well and was mobilizing equipment to continue testing operations. The Company also reiterated that there was no SEC investigation, stating: "We are aware of these untruths and we deny and rebuke them (Isaiah 54:17)."

53. On the heels of this good news, on April 4, 2018, Zion announced a new Subscription Rights Offering "to prepare [Zion] for future exploration and production in Israel." The Rights were comprised of one share of common stock and one common stock purchase warrant to purchase one additional share of common stock. The Subscription Price for each Right was $5.00, and the strike price for each warrant, exercisable on June 29, 2018, was $3.00. The latest offering sought to raise $28.5 million, which the Supplemental Prospectus stated would be used primarily to fund ongoing drilling and exploration activities. Neither the Supplemental Prospectus nor the original Prospectus included any discussion regarding the Company's exposure to regulatory risk or the likelihood that the Company was already the subject of an SEC investigation. Likewise, Defendants failed to disclose that because Zion employed outdated technology and exploration and drilling methods, there was no reasonable basis to believe that the Megiddo-Jezreel #1 well would yield commercially-viable quantities of oil.

54. The Company's marketing campaign continued. On April 8, 2018, during an interview on the Christian Television Network, John Brown explained how he first received his vision from God and stated, "Going back to what's going to happen in Israel, … we found oil, certainly, it's been published, we've had it verified with the State of Israel, we ran some more logs on it, and it's at 16,500 … feet in the ground … so we're going to test it … in the next three

to four weeks, and God willing, if it's a huge commercial successful, we're on our way. Then we'll fund these foundations we have … giving all that money away like God told us to in Isaiah 21:18."

55. Unwilling to take Zion at its word, on April 13, 2018, *Probes Reporter* published a report entitled "New Data Introduces Uncertainty Regarding SEC Investigative Activity At Zion Oil & Gas." The report stated, in relevant part:

> In a letter dated 06-Apr-2018, the SEC gave us a response to suggest the absence of recent SEC investigative activity at Zion Oil & Gas, Inc. This new information is contrary to a posting made to Twitter on 26-Mar-2018, by someone unknown to us [FuzzyPandaShort]. We now have conflicting FOIA responses, on the same company, receive only weeks apart.
>
> * * * * *
>
> To us we simply have two conflict data points that require further work. Until that work is complete, there remains a cloud of uncertainty regarding the data.
>
> We have already filed an administrative appeal, the results of which should give us better answers. We will follow up when we learn more.
> 56.

57. On May 30, 2018, *Probes Reporter* published a report entitled "New Data Confirms SEC Investigation at Zion Oil & Gas." Referring back to its earlier report dated April 13, 2018, *Probes Reporter* stated, in relevant part:

> With conflicting FOIA responses on the same company, received only weeks apart, and the company having issued a public denial, we decided it was prudent to publish the data provided to us. We did so, on 13-Apr2018. Now, in an appeal response dated 15-May-2018, on-going SEC enforcement proceedings were confirmed at Zion Oil & Gas, Inc. ***This has not been disclosed.***
>
> <u>Our Take</u>: An appeal response is the gold standard when it comes to SEC FOIA responses. In this case the appeal confirmed on-going enforcement proceedings. ***The problem for Zion Oil & Gas is they flatly denied it back in March. We're going with the SEC on this one.***

(Emphases added.)

58. On May 30, 2018, Zion again unequivocally denied the existence of an SEC investigation. In a post on Twitter, Zion stated that "[t]here is no SEC investigation into Zion Oil & Gas, Inc." and advised investors to "[j]ust ignore such distortions." (*See* Fig. 3.)


Zion Oil & Gas, Inc. @zionoil · May 31
There is no SEC investigation into Zion Oil & Gas, Inc. The image you might see dated March 20 is a standard reply if you inquire about any company from the SEC. Just ignore such distortions. $zn
10 6 29

(Fig. 3)

59. Later that day, in a second post on Twitter, Zion stated "Arm yourself with good information and how to spot false rumors" and published a link to an article on the website *Investopedia* entitled "Short and Distort: Bear Market Stock Manipulation". (*See* Fig. 4.)




(Fig. 4.)

60. Zion's refusal to acknowledge the truth prompted additional investigation by the Financial Times. On June 27, 2018, the Financial Times published an article titled, "Zion Oil: Where does the money come from?," challenging the Company's substantial marketing

expenses, which did not appear to correlate to monies actually raised. In particular, the Financial Times noted that although the Company raised three times the amount of equity capital in 2017 as compared to 2016, operating expenses in both years, including for marketing and investor relations, were relatively unchanged. The Financial Times also questioned the Company's use of social media and Christian leaders and media outlets to promote sales of the Company's stock, including David Jeremiah, who includes investment information about Zion in his sermons and on his website. Finally, the Financial Times noted discrepancies in the number of employees disclosed in the Company's public filings. Requests for comment from the Company were not returned.

61. On June 29, 2018, the warrants issued as part of the April 2018 Subscription Rights Offering became exercisable.

62. On July 5, 2018, the Financial Times published a follow-up article titled, "Zion Oil: where the money goes." The article raised questions about the Company's accounting for operating costs, especially for employee compensation, which, for 2017, appeared to comprise more than half of all operating expenses and an estimated 21% of all capital raised in that year. As the Financial Times stated, "For a company who already capitalize the salary costs associated with drilling for oil in the holy land, some of Zion's investors would be forgiven for thinking such spending is rather high." Once again, Zion did not respond to requests for comment.

63. Despite increasing skepticism and SEC confirmation of an ongoing investigation, Zion continued to issue positive press releases describing progress on the Megiddo-Jezreel #1 well. For example, on June 19, 2018, Defendants issued a press release explaining ongoing testing operations and projected that reports concerning expanded areas of interest would be ready within a few weeks.

**Zion Is Forced To Confirm The Ongoing SEC Investigation**

64. Ultimately, Zion could not escape the truth. On July 11, 2018, the Company finally was forced to acknowledge that "[o]n Thursday, June 21, 2018, Zion Oil & Gas, Inc. ('Zion' or 'Company') received a subpoena to produce documents from the Fort Worth office of the Securities and Exchange Commission ('SEC'), informing Zion of the existence of a non-public, fact-finding inquiry into the Company." Zion further stated that its "response to the subpoena will necessarily entail significant costs and management's attention".

65. On this news, the price of Zion common stock fell $0.44 per share, or 11%, to close at $3.56 per share on July 12, 2018.

66. More information regarding the SEC investigation was soon revealed. On August 16, 2018, an unknown user posted a link on FuzzyPandaShort's Twitter account to a purported Whistleblower Tip Under Section 21F of the Securities Exchange Act of 1934 related to Zion (the "Whistleblower Tip").[4] The Whistleblower Tip, dated May 31, 2018, appeared to be filed with the SEC by an individual named Jeff Davies. Among other things, the Whistleblower Tip alleged that: (1) Zion is a religious-affinity fraud that raises equity capital to finance executive compensation and marketing expenses utilized to further fund the fraud; (2) Zion is using fraudulent accounting, including capitalization of operating expenses, to effectuate and perpetuate its fraud; (3) Zion is misrepresenting the number and locations of the people it employs, who are mainly engaged in "a global marketing scheme in the form of a religious boiler room"; (4) Zion is compensating conservative evangelical ministers, such as David Jeremiah, to promote the Company's stock in sermons and on his website in violation of SEC rules; and (5) Zion has made materially false statements and omissions concerning its DSPP program.

---

[4] *See* https://drive.google.com/file/d/1X4dV8As3RCtcG_Rq_pwf-hQ_TP7J7CEC/view, last visited on January 21, 2018.

67. Many of these exact issues had been raised by the Financial Times in its earlier reports, suggesting that it was aware of the Whistleblower Tip at the time of its publications. The original link to FuzzyPanda's Twitter account was re-posted on an InvestorsHub message board on August 25, 2018.[5]

68. Subsequent events, including multiple abrupt resignations, confirm the nature and extent of the SEC investigation concerning Zion's fraud and Defendants' knowledge thereof. First, on August 8, 2018, Zion announced in its Form 10-Q for the quarterly period ended June 30, 2018 that Justin Furnace, Chairman of Zion's Corporate Governance Committee, was resigning as a Director effective August 13, 2018. Then, on August 31, 2018, the Company's Chief Executive Officer, Victor Carrillo, announced that he was resigning effective September 1, 2018. Finally, on October 3, 2018, Zion announced that its auditor, MaloneBailey LLP, had resigned, but assured investors that there were no disputes with MaloneBailey regarding the Company's financial statements. However, MaloneBailey itself has proven to be less than trustworthy; in 2016, the firm settled charges with the SEC that it had "ignor[ed] red flags when auditing a Christian-themed video game maker."

69. On August 16, 2018, after the announcement of the SEC investigation, Zion issued yet another positive press release entitled: "Zion Oil & Gas Confirms Active Petroleum System in Megiddo-Jezreel #1 Well in Israel." This click-bait title was quickly followed by the Company's announcement on August 21, 2018 of a "New Unit Program to Support Additional Testing Required to Evaluate Reservoir Potential." The new Units were offered through the Company's DSPP program. The Amendment to the Prospectus Supplement filed with the SEC was a single page and contained no information about the SEC investigation, the Company's

[5] *See* https://investorshub.advfn.com/boards/read_msg.aspx?message_id=143166134, last visited on January 21, 2018.

exposure to regulatory risk, or the fact that there was no reasonable basis to believe that the Megiddo-Jezreel #1 contained commercially-viable quantities of oil or gas.

70. Shockingly, as investors were processing information concerning multiple resignations, continued delays related to Zion's drilling and testing of Megiddo-Jezreel #1 well, and confirmation of an ongoing SEC investigation, Andrew Summey, Zion's Vice President for marketing and investor relations, audaciously remarked in the Austin, Texas Statesman that "Internally, we were not overly surprised (by the SEC investigation) because of the unique character of the company." He claimed that the Company's investors had a "donor mentality" and would understand if they lost their money.

**Zion Announces That Its Latest Well Is A Bust**

71. The Company's stock price continued its precipitous decline through the Fall of 2018 as investors awaited updates from Zion's latest drilling and exploration activities at the Megiddo-Jezreel #1 well. The purported discovery of oil at that site, announced earlier in the year and reinforced through multiple press releases prompted an increase in the Company's common stock price and buoyed the April 2018 Subscription Rights Offering and the New Unit Offering in August 2018.

72. Investors soon would be disappointed again. On November 20, 2018, Defendants announcement that the Company had determined that the Megiddo-Jezreel #1 well was not commercially viable. On this news, the price of Zion common stock fell from $1.19 at market close on November 20, 2018 to $0.51 as of the close of trading on November 21, 2018.

73. Thus, as the apostle Peter warned: "But there were also false prophets among the people, just as there will be false teachers among you … In their greed these teachers will exploit

you with fabricated stories. Their condemnation has long been hanging over them, and their destruction has not been sleeping."

**Materially False and Misleading Statements Issued During the Class Period**

74. The Class Period begins on February 13, 2018, when Defendants issued a press release on Form 8-K with the SEC announcing "Zion Oil and Gas Encounters Oil." In that press release, Dustin Guinn, Zion's President and Chief Operations Officer, stated, *inter alia*: "After circulating the well, we experienced a continued and significant increase in gas followed by clear evidence of oil in our circulated mud from the bottom of the well. This is obviously very exciting news and as a result, we have decided to continue to drill up to another 70 meters (~230 feet)." Defendant Carillo similarly stated: "I am ecstatic to see clear evidence of hydrocarbons (oil and gas) in the deeper portion of our Megiddo-Jezreel #1 well …"

75. On the same day, Zion posted a video to YouTube entitled "Dr. David Jeremiah and Zion Oil in Prophesy."[6] During his sermon, Mr. Jeremiah stated:

> You know, I read the Bible, and the Bible says it's all going end over there in Israel … and that doesn't make any sense, it's this little tiny nation. And all of a sudden then everyone began to realize, 'it's the oil!' The Bible says, 'God is going to put a hook in the jaws of the nations, and I believe that hook is the oil. Oil in the Middle East will be like a magnet drawing all the nations to that focal point for the final war that will take place on this Earth.
>
> I remember reading not long ago that Gold Meir when she was in office once made the comment that she was very angry with Moses. She said, 'Moses led us throughout the wilderness for forty years then plopped us down in the one place in the Middle East where there isn't any oil.' Some people are saying that maybe that's not true. That perhaps there is oil in Israel, and the Zion Oil company is prospecting right now, using the Bible to try to find the places in the holy land where oil might be deposited.

[6] *See* https://www.youtube.com/watch?v=17ubcV568-E&t=7s, last visiting January 21, 2019.

76. On February 26, 2018, Defendants issued a press release on Form 8-K with the SEC announcing "Zion Oil & Gas Successfully Drills, Logs, and Cases Deep Israel Well." In that press release, Dustin Guinn stated: "We are extremely pleased with the completion of drilling of the MJ #1 well … On a wildcat exploration well, this is an achievement in which all involved should take pride. We also recognize that the goal of this well was to find oil, and we can say with absolute confidence that we were successful in attaining that goal."

77. Defendant Carrillo similarly stated: "The logs appear to confirm what we know from seeing oil mixed in with the mud – that we encountered live oil in the deep portion of the well. We still await a full interpretation of the image log … Our interpretation, supported by third party petrophysical analysis, shows multiple zones exhibiting key properties that we will test for production capacity…"

78. The statements referenced in ¶¶ 74-77 were materially false and misleading and/or failed to disclose that: (1) due to, *inter alia*, the reliance on outdated methods and technology and the lack of any technical or scientific information or any evidence whatsoever that there were provable reserves at the drilling location site, Defendants had no reasonable expectation that the purported discovery of oil and gas would ever produce commercially-viable quantities of oil or gas; and (2) David Jeremiah was a paid promoter who held securities and/or who received compensation from Zion for touting the Company's stock in his sermons and on his website.

79. On March 12, 2018, Zion filed an annual report on Form 10-K with the SEC, announcing the Company's financial and operating results for the quarter and year ended December 31, 2018 (the "2018 10-K"). The 2018 10-K advised investors that "Zion's vision . . . of finding oil and/or natural gas in Israel, is biblically inspired", citing "biblical references

alluding to the presence of oil and/or gas in territories within the State of Israel that were formerly within certain ancient biblical tribal areas."

80. In the 2018 10-K, under the heading "Note 10 – Commitments and Contingencies", Zion provided merely the following non-specific representation with respect to the probability and/or impact of regulatory investigations involving the Company:

> A. Litigation
>
> From time to time, the Company may be subject to routine litigation, claims, or disputes in the ordinary course of business. The Company defends itself vigorously in all such matters. ***In the opinion of management, no pending or known threatened claims, actions or proceedings against the Company are expected to have a material adverse effect on its financial position, results of operations or cash flows.*** However, the Company cannot predict with certainty the outcome or effect of any such litigation or investigatory matters or any other pending litigation or claims. There can be no assurance as to the ultimate outcome of any such lawsuits and investigations.

(Emphasis added.)

81. The statements referenced in ¶¶ 79-80 was materially false and misleading, and/or omitted material adverse facts, because Defendants knew and/or recklessly disregarded that due to *inter alia*, Zion's targeting of unsophisticated, retail investors, lack of revenues or product, and accounting practices related to operating expenses, including executive compensation and marketing expenditures, the Company was exposed to increased regulatory risk and/or was already subject to an ongoing SEC investigation.

82. The 2018 10-K contained signed certifications by the Individual Defendants pursuant to the Sarbanes-Oxley Act of 2002 ("SOX"), stating that "the information contained in the [2018 10-K] fairly presents, in all material respects, the financial condition and results of operations of the Company as of the dates and for the periods presented in" the 2018 10-K.

83. For the fiscal year, Defendants reported "general and administrative expenses" of approximately $6 million and "other" expenses of $2.7 million, including expenses related to marketing and investor relations activities. These numbers were nearly identical to the operating expenses reported for fiscal year 2016. The Company also reported $24.4 million in stockholders' equity, more than triple the amount of shareholders' equity as compared with fiscal year 2016. The Company claimed that it had 28 employees.

84. In its financial statements, Defendants also reported exploration expenditures of $15.3 million and stated: "We estimate that, when we are not actively drilling a well, our monthly expenditure is approximately $500,000 per month. However when we are drilling or testing, as we are now, we estimate that there is an additional cost of approximately $2,500,000 per month."

85. The statements referenced in ¶¶ 82-84 were materially false and misleading and/or failed to disclose material adverse facts about the Company's business and operations, including that, *inter alia*, (1) Defendants were capitalizing operating expenses and using other improper accounting practices in order to conceal that the majority of Zion's capital is utilized to finance lavish executive and director compensation and marketing expenses, rather than for drilling and exploration-related expenditures; (2) Zion's operating expenses do not accurately reflect how Zion is financing its business; (3) Zion has reported the same estimated costs for drilling and exploration activities for multiple years, without updating its financials to reflect industrywide price fluctuations and other market conditions; (4) Zion utilizes employees and other paid consultants and independent contractors in multiple locations all over the world as part of its marketing apparatus to raise capital, and not to further its drilling and exploration activities.

86. On March 27, 2018, Zion posted a statement on Twitter in response to a March 26, 2018 post by FuzzyPandaShort, which cited the SEC's response to a FOIA request and concluded that concluded that "Zion has an Undisclosed SEC Investigation." Zion's post, unequivocally stating that "There is no SEC investigation. Merely indicators of a routine FINRA questionnaire that's standard after a steep rise of our stock recently." (*See* Fig. 2.)




(Fig. 2)

87. The statements referenced in ¶ 86 was materially false and misleading, and/or omitted material adverse facts, because Defendants knew and/or recklessly disregarded that due to *inter alia*, Zion's targeting of unsophisticated, retail investors, lack of revenues or product, and accounting practices related to operating expenses, including executive compensation, marketing expenditures and drilling and exploration costs, the Company was exposed to increased regulatory risk and/or was already subject to an ongoing SEC investigation.

88. On March 28, Defendants issued a press release on Form 8-K with the SEC announcing "Zion Oil & Gas Mobilizes Equipment to Israel for Well Testing Operations." In that press release, Dustin Guinn stated:

> Our geoscience team has done a great job of working with our third party petrophysical contractors to evaluate our wireline logs to identify multiple zones about which we are excited. The live oil encountered in the well is obviously an exciting development, but having what we believe to be confirmatory log analysis only adds to my enthusiasm …

89. Defendant Carillo added: "We, like our shareholders, are anxious to know whether the MJ #1 well will be a commercial success and we thank you for your patience. We

recognize that it can be distracting when there are false rumor being spread about Zion. We are aware of these untruths and we deny and rebuke them (Isaiah 54:17)."

90. The statements referenced in ¶¶ 88-89 was materially false and misleading, and/or omitted material adverse facts, because Defendants knew and/or recklessly disregarded that due to, *inter alia*, the reliance on outdated methods and technology and the lack of any technical or scientific information or any evidence whatsoever that there were provable reserves at the drilling location site, Defendants had no reasonable expectation that the purported discovery of oil and gas would ever produce commercially-viable quantities of oil or gas. Furthermore, due to *inter alia*, Zion's targeting of unsophisticated, retail investors, lack of revenues or product, and accounting practices related to operating expenses, including executive compensation, marketing expenditures and drilling and exploration costs, the Company was exposed to increased regulatory risk and/or was already subject to an ongoing SEC investigation.

91. On April 8, 2018, during an interview on the Christian Television Network, John Brown explained how he first received his vision from God and stated, "Going back to what's going to happen in Israel, … we found oil, certainly, it's been published, we've had it verified with the State of Israel, we ran some more logs on it, and it's at 16,500 … feet in the ground … so we're going to test it … in the next three to four weeks, and God willing, if it's a huge commercial successful, we're on our way. Then we'll fund these foundations we have … giving all that money away like God told us to in Isaiah 21:18."

92. The statements referenced in ¶ 91 were materially false and misleading and/or failed to disclose that due to, *inter alia*, the lack of any technical or scientific information or any evidence whatsoever that there were provable reserves at the drilling location site, Defendants

had no reasonable expectation that the purported discovery of oil and gas would ever produce commercially-viable quantities of oil or gas.

93. On April 2, 2018, Zion filed a Prospectus Supplement on Form 424B5 with the SEC, which supplemented the Prospectus dated March 7, 2017. The Prospectus Supplement related to the Company's offering of 5,720,000 Nontransferable Subscription Rights, each Right consisting of one share of Zion common stock and one common stock purchase warrant to purchase one additional share of common stock. Each Right was exercisable at a subscription price of $5.00. Each warrant was exercisable at a price of $3.00. The warrants became exercisable on June 29, 2018. The offering sought to raise $28.5 million, of which the Company claimed approximately 80% would be used primarily to fund drilling and exploration activities. The offering was set to expire on May 31, 2018.

94. The Prospectus Supplement and the underlying Prospectus was materially false and misleading and/or failed to disclose that (1) due to, *inter alia*, the lack of any technical or scientific information or any evidence whatsoever that there were provable reserves at the drilling location site, Defendants had no reasonable expectation that the purported discovery of oil and gas would ever produce commercially-viable quantities of oil or gas; (2) the Company intended that the majority of the proceeds would actually be utilized to fund other, non-drilling and exploration-related, general and administrative expenses, including executive compensation and marketing expenses; and (3) due to *inter alia*, Zion's targeting of unsophisticated, retail investors, lack of revenues or product, and accounting practices related to operating expenses, including executive compensation, marketing expenditures and drilling and exploration costs, the Company was exposed to increased regulatory risk and/or was already subject to an ongoing SEC investigation.

95. On May 8, 2018, Zion filed a quarterly report on Form 10-Q with the SEC, announcing the Company's financial and operating results for the quarter ended March 31, 2018 (the "Q1 2018 10-Q"). In the Q1 2018 10-Q, under the heading "Note 7 – Commitments and Contingencies", Zion again provided merely the following non-specific representation with respect to the probability and/or impact of regulatory investigations involving the Company:

> A. Litigation
>
> From time to time, the Company may be subject to routine litigation, claims, or disputes in the ordinary course of business. The Company defends itself vigorously in all such matters. ***In the opinion of management, no pending or known threatened claims, actions or proceedings against the Company are expected to have a material adverse effect on its financial position, results of operations or cash flows.*** However, the Company cannot predict with certainty the outcome or effect of any such litigation or investigatory matters or any other pending litigation or claims. There can be no assurance as to the ultimate outcome of any such lawsuits and investigations.

(Emphasis added.)

96. The Q1 2018 10-Q contained signed certifications by the Individual Defendants pursuant to SOX, stating that "the information contained in the [Q1 2018 10-Q] fairly presents, in all material respects, the financial condition and results of operations of the Company as of the dates and for the periods presented in" the Q1 2018 10-Q. Among other things, the Q1 2018 10-Q reported general and administrative expenses of $1.95 million and "other" expenses of $553,000. The Company also reported negative cash flows related to its drilling and exploration activities.

97. The statements referenced in ¶¶ 95-96 were materially false and misleading and/or failed to disclose material adverse facts about the Company's business and operations, including that, *inter alia*, (1) due to, among other things, Zion's targeting of unsophisticated, retail investors, lack of revenues or product, and accounting practices related to operating

expenses, including executive compensation and marketing expenditures, the Company was exposed to increased regulatory risk and/or was already subject to an ongoing SEC investigation; (2) Defendants were capitalizing operating expenses and using other improper accounting practices in order to conceal that the majority of Zion's capital is utilized to finance lavish executive and director compensation and marketing expenses, rather than for drilling and exploration-related expenditures; and (3) Zion's operating expenses do not accurately reflect how Zion is financing its business.

98. On May 30, 2018, Zion responded to a report by the *Probes Reporter* entitled "New Data Confirms SEC Investigation at Zion Oil & Gas," wherein the *Probes Reporter* published an appeal response to a FOIA request to the SEC, which confirmed the existence of SEC enforcement proceedings against the Company. In a post on Twitter, Zion stated that "[t]here is no SEC investigation into Zion Oil & Gas, Inc." and advised investors to "[j]ust ignore such distortions." (*See* Fig. 3.)




(Fig. 3)

99. Later that day, in a second post on Twitter, Zion stated "Arm yourself with good information and how to spot false rumors" and published a link to an article on the website *Investopedia* entitled "Short and Distort: Bear Market Stock Manipulation". (*See* Fig. 4.)




(Fig. 4.)

100. The statements referenced in ¶¶ 98-99 were materially false and misleading and/or failed to disclose that due to inter alia, Zion's targeting of unsophisticated, retail investors, lack of revenues or product, and accounting practices related to operating expenses, including executive compensation, marketing expenditures and drilling and exploration costs, the Company was exposed to increased regulatory risk and/or was already subject to an ongoing SEC investigation.

101. As of May 31, 2018, and at all relevant times, David Jeremiah maintained on his website, Jeremiah Ministries, providing information and reasons to invest in Zion securities.[7] Among other things, the website currently states: "Now is the time to favor Zion!"[8] The website refers to the DSPP program, proclaiming: "**ATTENTION!!! YOU ARE NOW ABLE TO PURCHASE ZION OIL & GAS SHARES DIRECT FROM THE AMERICAN STOCK TRANSFER COMPANY FOR AS LITTLE AS $250**." (emphasis in original).

---

[7] The Jeremiah Ministries' reasons to invest in Zion were previously available at http://www.jeremiah111.org/Israel%20Future%20Topics/why_should_i_invest_in_zion_oil.htm. The page has since been removed.

[8] *See* http://jeremiah111.org/?page_id=5562, last visited on January 22, 2019.

102. The statements referenced in ¶ 101 were materially false and misleading and/or failed to disclose that David Jeremiah was a paid promoter who held securities and/or who received compensation from Zion for touting the Company's stock in his sermons and on his website.

103. On August 8, 2018, Zion filed a quarterly report on Form 10-Q with the SEC, announcing the Company's financial and operating results for the quarter ended June 30, 2018 (the "Q2 2018 10-Q"). The Q2 2018 10-Q contained signed certifications by the Individual Defendants pursuant to SOX, stating that "the information contained in the [Q2 2018 10-Q] fairly presents, in all material respects, the financial condition and results of operations of the Company as of the dates and for the periods presented in" the Q2 2018 10-Q.

104. Among other things, the Q2 2018 10-Q reported general and administrative expenses of $1.3 million and "other" expenses of $680,000. The Company also reported negative cash flows related to its drilling and exploration activities.

105. The statements referenced in ¶¶ 103-104 were materially false and misleading and/or failed to disclose material adverse facts about the Company's business and operations, including that, *inter alia*, (1) Defendants were capitalizing operating expenses and using other improper accounting practices in order to conceal that the majority of Zion's capital is utilized to finance lavish executive and director compensation and marketing expenses, rather than for drilling and exploration-related expenditures; and (2) Zion's operating expenses did not accurately reflect how Zion was financing its business.

106. On August 16, 2018, Zion issued a press release on form 8-K filed with the SEC announcing: "Zion Oil & Gas Confirms Active Petroleum System in Megiddo-Jezreel #1 Well in Israel." The press release expressed a "desire to be transparent in the details of our operations,"

and then proceeded to provide conflicting and ambiguous information regarding the status of the Megiddo-Jezreel #1 well. Specifically, while acknowledging that "We remain hopeful but do not yet know if there is producible oil in commercial quantities without our deep primary zones," Defendants nevertheless stated: "[W]e can say with reasonable confidence that the formation is tight with low permeability and has few natural fractures. This is not uncommon, and often times requires advanced stimulation techniques to help determine the well's commercial potential."

107. Similarly, in response to the question: "Is the MJ #1 a Successful Well?," Defendants stated both that "as of today [the well] cannot be considered commercially successful," while simultaneously stating: "In considering the success rate of wildcat wells, with little to no offset data, in our opinion the MJ #1 could be considered a geologic success…"

108. The statements referenced in ¶¶ 106-107 was materially false and misleading, and/or omitted material adverse facts, because Defendants knew and/or recklessly disregarded that due to, *inter alia*, the reliance on outdated methods and technology and the lack of any technical or scientific information or any evidence whatsoever that there were provable reserves at the drilling location site, Defendants never had a reasonable expectation that the purported discovery of oil and gas would ever produce commercially-viable quantities of oil or gas, had not "confirmed" the existence of an active petroleum system, and could not consider the well a "geologic success."

109. On August 22, 2018, Zion filed a Prospectus Supplement on Form 424B5 with the SEC, which amended the Prospectus, dated March 10, 2017. The Prospectus Supplement related to a Units purchased through the Company's DSPP program. According to the Prospectus Supplement, each Unit was comprised of (1) a certain number of shares of Common Stock

determined by dividing $250.00 (the price of one Unit) by the average of the high and low sale prices of the Company's publicly traded common stock as reported on the NASDAQ on the Unit Purchase Date; and (2) Common Stock purchase warrants to purchase an additional 25 shares of Common Stock. The warrant exercise price was $1.00 and had the notation ZNWAJ.

110. The Prospectus Supplement was a single-page document referring potential investors back to the original Prospectus, dated March 10, 2017. The Prospectus Supplement included no updates or information concerning, *inter alia*, (1) the Company's regulatory status, including receipt of an SEC subpoena; (2) the status of the Megiddo-Jezreel #1 well; and/or (3) the intended use of proceeds in connection with the Unit offering.

111. The Prospectus Supplement was materially false and misleading and/or failed to disclose that (1) due to, *inter alia*, the lack of any technical or scientific information or any evidence whatsoever that there were provable reserves at the drilling location site, Defendants had no reasonable expectation that the Megiddo-Jezreel #1 well would ever produce commercially-viable quantities of oil or gas; (2) the Company intended that the majority of the proceeds would actually be utilized to fund other, non-drilling and exploration-related, general and administrative expenses, including executive compensation and marketing expenses; and (3) due to *inter alia*, Zion's targeting of unsophisticated, retail investors, lack of revenues or product, and accounting practices related to operating expenses, including executive compensation, marketing expenditures and drilling and exploration costs, the Company was subject to an ongoing SEC investigation that could have a material impact on its business.

**<u>LOSS CAUSATION/MATERIALIZATION OF THE RISK</u>**

112. Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss suffered by Plaintiff and the Class.

113. Throughout the Class Period, the price of Zion's common stock was artificially inflated and/or maintained at an artificially high level as a result of Defendants' concealment of the extent to which Zion's marketing and accounting practices exposed the Company to increased regulatory scrutiny and investigation, including related whistleblower complaints, and Defendants' knowledge and/or reckless disregard of the fact that there was no commercially-viable quantities of oil or gas at the Megiddo-Jezreel #1 well. These risks were known to Defendants, but remained concealed from investors.

114. As the true facts became known and/or the materialization of the risks that had been concealed by Defendants occurred, the price of Zion's common stock declined as the artificial inflation was removed from the market price of the stock, causing damage to Plaintiffs and members of the Class.

115. The truth concerning Defendants' fraudulent practices began to be revealed on July 11, 2018, Zion was forced to acknowledge that "[o]n Thursday, June 21, 2018, Zion Oil & Gas, Inc. ('Zion' or 'Company') received a subpoena to produce documents from the Fort Worth office of the Securities and Exchange Commission ('SEC'), informing Zion of the existence of a non-public, fact-finding inquiry into the Company." Zion further stated that its "response to the subpoena will necessarily entail significant costs and management's attention."

116. On this news, the price of Zion common stock fell $0.44, or 11%, to close at $3.56 on July 12, 2018.

On November 20, 2018, Zion announced that the Company had determined that the Megiddo-Jezreel #1 well was not commercially viable. On this news, the price of Zion common stock declined by $0.68, or 57.14%, to close at $0.51 per share. The common stock continued to decline over the following three trading days by an additional $0.08 per share. Over the course of

four trading days, Zion common stock declined by a total of $0.76 per share, or 63.87%.

117. As a result of Defendants' wrongful acts and omissions and the precipitous decline in the market value of the Diana's securities, which are now virtually worthless, Plaintiff and other Class members have suffered significant losses and damages.

## NO SAFE HARBOR

118. Zion's "Safe Harbor" warnings accompanying its reportedly forward-looking statements ("FLS") issued during the Class Period were ineffective to shield those statements from liability. Because most of the false and misleading statements related to existing facts or conditions, the Safe Harbor has no applicability. To the extent that known trends should have been included in the Company's financial reports prepared in accordance with Generally Accepted Accounting Principles (GAAP), they are excluded from the protection of the statutory Safe Harbor. 15 U.S.C. §78u-5(b)(2)(A).

119. The Defendants are also liable for any false or misleading FLS pleaded because, at the time each FLS was made, the speaker knew the FLS was false or misleading and the FLS was authorized and/or approved by an executive officer and/or director of Zion who knew that the FLS was false. In addition, the FLS were contradicted by existing, undisclosed material facts that were required to be disclosed so that the FLS would not be misleading. Finally, most of the purported "Safe Harbor" warnings were themselves misleading because they warned of "risks" that had already materialized or failed to provide any meaningful disclosures of the relevant risks.

## ADDITIONAL SCIENTER ALLEGATIONS APPLICABLE TO EXCHANGE ACT CLAIMS ONLY

120. The Individual Defendants, as directors and/or officers of Zion during the Class Period, are liable as direct participants in all of the wrongs complained of herein. Through their positions of control and authority, these Defendants were in a position to, and did, control all of the Company's false and misleading statements and omissions, including the contents of SEC filings, press releases, and other public statements, as set forth herein.

121. As alleged herein, Defendants acted with scienter in that they knew, or at least recklessly disregarded, that the public documents and statements issued or disseminated by Defendants in the name of the Company were materially false and misleading; they knew that such statements or documents would be issued or disseminated to the investing public; and they knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of federal securities laws. The state of mind of Zion's senior management and authorized agents, including the Individual Defendants, is imputed to Zion.

122. Because Defendants held only one exploration license, had only one project in development, and were wholly dependent on that project's advancement, the Individual Defendants cannot credibly claim that they were unaware of the ongoing status of the Megiddo-Jezreel #1 well and near-impossibility that it would ever yield commercially-viable quantities of oil or gas. Among other things, Defendants knew and/or recklessly disregarded that, *inter alia*, (1) the Company was using outdated technology and methods to identify drilling locations; (2) contrary to industry standards, Defendants selected drilling locations without any evidence of provable reserves; (3) Defendants employed a drilling contractor, Daflog Ltd., a Romanian company whose parent was in receivership, to work on the Megiddo-Jezreel #1 well project,

because it could not locate another company willing to drill with no scientific evidence that oil or gas could be located.

123. Because Zion relied exclusively on marketing and capital-raising campaigns to fund the entire business, including payment of the Individual Defendants' compensation packages, the Individual Defendants cannot credibly claim that they were unaware of the Company's marketing practices, including targeting unsophisticated members of religious communities, and accounting policies and procedures related to, *inter alia*, capitalizing operating expenses and recording costs for exploration and drilling activities. Defendants also were aware that certain whistleblowers had raised concerns in the past with the SEC. Consequently, Defendants knew and/or recklessly disregarded that the Company was exposed to increased regulatory risk and/or was already the subject of an SEC investigation.

124. Additionally, multiple, abrupt resignations in rapid succession following announcement that the Company was subject to an ongoing SEC investigation support the inference of scienter. First, on August 8, 2018, Zion announced in its Form 10-Q for the quarterly period ended June 30, 2018 that Justin Furnace, Chairman of Zion's Corporate Governance Committee, was resigning as a Director effective August 13, 2018. Then, on August 31, 2018, the Company's Chief Executive Officer, Victor Carrillo, announced that he was resigning effective September 1, 2018. Finally, on October 3, 2018, Zion announced that its auditor, MaloneBailey LLP, had resigned, but assured investors that there were no disputes with MaloneBailey regarding the Company's financial statements. However, Defendants knew but failed to disclose that MaloneBailey previously settled charges with the SEC that it had "ignor[ed] red flags when auditing a Christian-themed video game maker."

125. The receipt of lucrative compensation packages, including awards of options and warrants, further substantiates Defendants' motive and intent to conceal Zion's regulatory status, as well as the lack of evidence that the Megiddo-Jezreel #1 well would ever produce commercially-viable quantities of oil or gas.

## PLAINTIFFS' CLASS ACTION ALLEGATIONS

126. Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who purchased or otherwise acquired Zion securities during the Class Period (the "Class"); and were damaged upon the revelation of the alleged corrective disclosures. Excluded from the Class are Defendants herein, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

127. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Zion securities were actively traded on the NASDAQ. While the exact number of Class members is unknown to Plaintiffs at this time and can be ascertained only through appropriate discovery, Plaintiffs believe that there are hundreds or thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by Zion or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

128. Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

129. Plaintiffs will fairly and adequately protect the interests of the members of the Class and have retained counsel competent and experienced in class and securities litigation. Plaintiffs have no interests antagonistic to or in conflict with those of the Class.

130. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

- whether the federal securities laws were violated by Defendants' acts as alleged herein;
- whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the business, operations and management of Zion;
- whether the Individual Defendants caused Zion to issue false and misleading financial statements during the Class Period;
- whether Defendants acted knowingly or recklessly in issuing false and misleading financial statements;
- whether the prices of Zion securities during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and
- whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

131. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

132. Plaintiffs will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

- Defendants made public misrepresentations or failed to disclose material facts during the Class Period;
- the omissions and misrepresentations were material;
- Zion securities are traded in an efficient market;
- the Company's shares were liquid and traded with moderate to heavy volume during the Class Period;
- the Company traded on the NASDAQ and was covered by multiple analysts;
- the misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of the Company's securities; and
- Plaintiffs and members of the Class purchased, acquired and/or sold Zion securities between the time the Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts.

133. Based upon the foregoing, Plaintiffs and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

134. Alternatively, Plaintiffs and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128, 92 S. Ct. 2430 (1972), as Defendants omitted material information in their Class Period statements in violation of a duty to disclose such information, as detailed above.

## SECURITIES ACT CLAIMS

## COUNT I

## (FOR VIOLATION OF §11 OF THE SECURITIES ACT AGAINST ALL DEFENDANTS)

135. The following allegations are in effect a separate complaint. For the following claims there is no allegation of fraud, scienter or recklessness. These claims, brought under Sections 11 and 15 of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. §§77k,

77(l)(2) and 77o, are based solely on claims of strict liability and/or the absence of any affirmative defense based on the reasonableness of the pertinent Defendants' investigation into the true facts.

136. These Securities Act claims expressly do not make any allegations of fraud or scienter and do not incorporate any of the allegations contained in ¶¶ 120-125 herein. These Securities Act claims are not based on any allegation that any Defendant engaged in fraud or any other deliberate and intentional misconduct, and Plaintiffs specifically disclaim any reference to or reliance on fraud allegations.

137. These Securities Act claims are brought on behalf of persons who purchased securities, including common stock, warrants, options, or Units pursuant to the Prospectus Supplement dated April 2, 2018 and the underlying Prospectus dated March 7, 2017 and/or Amendment No. 4 to Prospectus Supplement dated March 10, 2017, to the Prospectus dated February 23, 2017 (the "Offerings") against Defendants.

138. At the time of the Offerings, the adverse events and uncertainties associated with circumstances described above were reasonably likely to have a material impact on Zion's business and operations and, therefore, were required to be disclosed. The Prospectus Supplement dated April 2, 2018 and the underlying Prospectus dated March 7, 2017 and/or Amendment No. 4 to Prospectus Supplement dated March 10, 2017, to the Prospectus dated February 23, 2017, and documents related thereto (the "Offering Documents") were inaccurate and misleading, contained untrue statements of material facts, omitted to state other facts necessary to make the statements made not misleading, and omitted to state material facts required to be stated therein as set forth in, *e.g.*, ¶¶ 53, 69, 93-94, 109-111.

139. None of the defendants named herein made a reasonable investigation or possessed reasonable grounds for the belief that the statements contained in the Offering Documents were true and without omissions of any material facts and were not misleading.

140. Zion is strictly liable to Plaintiffs and the Class for the material misstatements and omissions.

141. Plaintiffs acquired common stock, units, rights, warrants, and/or other securities fairly traceable to the Offerings.

142. Plaintiffs and the Class have sustained damages. The value of Zion's common stock and other securities pursuant to the Offerings has declined substantially subsequent to and due to defendants' violations.

143. At the time of their purchases of Zion securities, Plaintiffs and other members of the Class were without knowledge of the facts concerning the wrongful conduct alleged herein and could not have reasonably discovered those facts prior to the disclosures herein. Less than one year has elapsed from the time that Plaintiffs discovered or reasonably could have discovered the facts upon which this complaint is based to the time that Plaintiffs commenced this action. Less than three years has elapsed between the time that the securities upon which this Count is brought were offered to the public and the time plaintiff commenced this action.

118. By reason of the conduct herein alleged, each Defendant violated §11 of the Securities Act are liable to Class Members.

## COUNT II

## FOR VIOLATION OF §15 OF THE SECURITIES ACT AGAINST ZION AND THE INDIVIDUAL DEFENDANTS

144. This Count is brought pursuant to §15 of the Securities Act, 15 U.S.C. §77o, against Zion and the Individual Defendants.

145. . The Individual Defendants each were control persons of Zion by virtue of their positions as directors and/or senior officers of Zion. The Individual Defendants each had a series of direct and/or indirect business and/or personal relationships with other directors and/or officers and/or major shareholders of Zion. The Company controlled the Individual Defendants and all of Zion's employees

146. The Individual Defendants were each culpable participants in the violations of §11 of the Securities Act alleged in Count I above, based on their having signed or authorized the signing of the Offering Documents and having otherwise participated in the process which allowed the Offerings to be successfully completed. Zion was a culpable participant in the violations of §11 of the Securities Act alleged in Count I above, based on its control of the Individual Defendants and having otherwise participated in the process which allowed the Offerings to be successfully completed.

## EXCHANGE ACT CLAIMS

## COUNT I

**(Violations of Section 10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder Against All Defendants)**

147. Plaintiffs repeat and reallege each and every allegation contained above as if fully set forth herein.

148. This Count is asserted against Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5(a), (b), and (c), promulgated thereunder by the SEC.

149. During the Class Period, Defendants engaged in a plan, scheme, conspiracy and course of conduct, pursuant to which they knowingly or recklessly engaged in acts, transactions, practices and courses of business which operated as a fraud and deceit upon Plaintiffs and the

other members of the Class; made various untrue statements of material facts and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and employed devices, schemes and artifices to defraud in connection with the purchase and sale of securities. Such scheme was intended to, and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiffs and other Class members, as alleged herein; (ii) artificially inflate and maintain the market price of Zion securities; and (iii) cause Plaintiffs and other members of the Class to purchase or otherwise acquire Zion securities and options at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each of them, took the actions set forth herein.

150. Pursuant to the above plan, scheme, conspiracy and course of conduct, each of the Defendants participated directly or indirectly in the preparation and/or issuance of the quarterly and annual reports, SEC filings, press releases and other statements and documents described above, including statements made to securities analysts and the media and through paid promoters on Christian news outlets that were designed to influence the market for Zion securities. Such reports, filings, releases and statements were materially false and misleading in that they failed to disclose material adverse information and misrepresented the truth about Zion's finances and business prospects.

151. By virtue of their positions at Zion, Defendants had actual knowledge of the materially false and misleading statements and material omissions alleged herein and intended thereby to deceive Plaintiffs and the other members of the Class, or, in the alternative, Defendants acted with reckless disregard for the truth in that they failed or refused to ascertain and disclose such facts as would reveal the materially false and misleading nature of the

statements made, although such facts were readily available to Defendants. Said acts and omissions of Defendants were committed willfully or with reckless disregard for the truth. In addition, each Defendant knew or recklessly disregarded that material facts were being misrepresented or omitted as described above.

152. Information showing that Defendants acted knowingly or with reckless disregard for the truth is peculiarly within Defendants' knowledge and control. As the senior managers and/or directors of Zion, the Individual Defendants had knowledge of the details of Zion's internal affairs.

153. The Individual Defendants are liable both directly and indirectly for the wrongs complained of herein. Because of their positions of control and authority, the Individual Defendants were able to and did, directly or indirectly, control the content of the statements of Zion and the content of statements made by promoters on the Company's behalf. As officers and/or directors of a publicly-held company, the Individual Defendants had a duty to disseminate timely, accurate, and truthful information with respect to Zion's businesses, operations, future financial condition and future prospects. As a result of the dissemination of the aforementioned false and misleading reports, releases and public statements, the market price of Zion securities was artificially inflated throughout the Class Period. In ignorance of the adverse facts concerning Zion's business and financial condition which were concealed by Defendants, Plaintiffs and the other members of the Class purchased or otherwise acquired Zion securities at artificially inflated prices and relied upon the price of the securities, the integrity of the market for the securities and/or upon statements disseminated by Defendants, and were damaged thereby.

154. During the Class Period, Zion securities were traded on an active and efficient market. Plaintiffs and the other members of the Class, relying on the materially false and misleading statements described herein, which the Defendants made, issued or caused to be disseminated, or relying upon the integrity of the market, purchased or otherwise acquired shares of Zion securities at prices artificially inflated by Defendants' wrongful conduct. Had Plaintiffs and the other members of the Class known the truth, they would not have purchased or otherwise acquired said securities, or would not have purchased or otherwise acquired them at the inflated prices that were paid. At the time of the purchases and/or acquisitions by Plaintiffs and the Class, the true value of Zion securities was substantially lower than the prices paid by Plaintiffs and the other members of the Class. The market price of Zion securities declined sharply upon public disclosure of the facts alleged herein to the injury of Plaintiffs and Class members.

155. By reason of the conduct alleged herein, Defendants knowingly or recklessly, directly or indirectly, have violated Section 10(b) of the Exchange Act and Rule 10b-5 (a), (b), and (c), promulgated thereunder.

156. As a direct and proximate result of Defendants' wrongful conduct, Plaintiffs and the other members of the Class suffered damages in connection with their respective purchases, acquisitions and sales of the Company's securities during the Class Period, upon the disclosure that the Company had been disseminating misrepresented financial statements to the investing public.

**COUNT II**

**(Violations of Section 20(a) of the Exchange Act Against The Individual Defendants)**

157. Plaintiffs repeat and reallege each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

158. During the Class Period, the Individual Defendants participated in the operation and management of Zion, and conducted and participated, directly and indirectly, in the conduct of Zion's business affairs. Because of their senior positions, they knew the adverse non-public information about Zion's misstatement of income and expenses and false financial statements.

159. As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to Zion's financial condition and results of operations, and to correct promptly any public statements issued by Zion which had become materially false or misleading.

160. Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which Zion disseminated in the marketplace during the Class Period concerning Zion's results of operations. Throughout the Class Period, the Individual Defendants exercised their power and authority to cause Zion to engage in the wrongful acts complained of herein. The Individual Defendants therefore, were "controlling persons" of Zion within the meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of Zion securities.

161. Each of the Individual Defendants, therefore, acted as a controlling person of Zion. By reason of their senior management positions and/or being directors of Zion, each of the Individual Defendants had the power to direct the actions of, and exercised the same to cause, Zion to engage in the unlawful acts and conduct complained of herein. Each of the Individual Defendants exercised control over the general operations of Zion and possessed the power to control the specific activities which comprise the primary violations about which Plaintiffs and the other members of the Class complain.

162. By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by Zion.

163.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs demand judgment against Defendants as follows:

A. Determining that the instant action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and certifying Plaintiffs as the Class representatives;

B. Requiring Defendants to pay damages sustained by Plaintiffs and the Class by reason of the acts and transactions alleged herein;

C. Awarding Plaintiffs and the other members of the Class prejudgment and post-judgment interest, as well as their reasonable attorneys' fees, expert fees and other costs; and

D. Awarding such other and further relief as this Court may deem just and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiffs hereby demand a trial by jury.

Dated: January 22, 2019

Respectfully submitted,

*/s/ Patrick V. Dahlstrom*
Patrick V. Dahlstrom
Admitted *pro hac vice*
POMERANTZ LLP
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

THE BRISCOE LAW FIRM, PLLC
Willie C. Briscoe
Texas Bar No.: 24001788
Southern District No.: 25157
3131 McKinney Avenue, Suite 600
Dallas, Texas 75204
214-643-6011
281-254-7789 (Facsimile)
wbriscoe@thebriscoelawfirm.com

POMERANTZ LLP
Jeremy A. Lieberman
Michele S. Carino
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
mcarino@pomlaw.com

*Attorneys for Plaintiffs*