UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT W. PEAK and CINDY J. HURRELBRINK PEAK, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | Case No. 3:18-cv-02067-X |
| v. | § | |
| ZION OIL & GAS, INC., VICTOR G. CARRILLO, and MICHAEL B. CROSWELL, JR., | § § § § § | |
| Defendants. | § | |

### NOTICE OF VOLUNTARY DISMISSAL

**WHEREAS**, no Defendant in the above-captioned action has served an answer or a motion for summary judgment;

**NOTICE IS HEREBY GIVEN** that, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Lead Plaintiffs hereby voluntarily dismiss the above-captioned action, with prejudice, as to all Defendants. All parties will bear their own costs and fees.

1

Dated:  March 30, 2020                           Respectfully submitted,

                                                **POMERANTZ LLP**

By: */s/ Omar Jafri*

Patrick V. Dahlstrom
Omar Jafri
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone:  (312) 377-1181
Facsimile:   (312) 229-8811
Email:  pdahlstrom@pomlaw.com
           ojafri@pomlaw.com


**THE BRISCOE LAW FIRM, PLLC**

Willie C. Briscoe
(Texas Bar No.:  24001788)
(Southern District No.:  25157)
3131 McKinney Avenue, Suite 600
Dallas, Texas 752014
Telephone: (214) 643-6011
Facsimile:  (281) 254-7789
Email:  wbriscoe@thebriscoelawfirm.com

*Attorneys for Lead Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 30, 2020, I electronically filed this document using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

                                        */s/ Omar Jafri*
                                        Omar Jafri